| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

V.S. Carlos Colon Rivera

FOR AT

| | 1 ☐ Defendant—Adult |
|---|---|
| PERSON REPRESENTED (Show your full name) | 2 ☐ Defendant - Juvenile |
| | 3 ☐ Appellant |
| | 4 ☐ Probation Violator |
| | 5 ☐ Parole Violator |
| CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony | 6 ☐ Habeas Petitioner |
| ☐ Misdemeanor | 7 ☐ 2255 Petitioner |
| | 8 ☐ Material Witness |
| | 9 ☐ Other (Specify) |

DOCKET NUMBERS
Magistrate
04-1685
District Court

Court of Appeals

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: D+J Puese Concrete
IF YES, how much do you earn per month? $ 380
IF NO, give month and year of last employment
How much did you earn per month? $ ____

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED: 420
SOURCES: Step Father in law
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: ____
DESCRIPTION: ____

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED
___ SINGLE
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents: 4

List persons you actually support and your relationship to them:
Cindy 35 Wife
Samantha 14 Daughter
Edgar 13 Son
David 11 Son

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
☒ APARTMENT OR HOME
Creditors: ____
Total Debt: $ 8
Monthly Paymt: $ 850.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)   08-03-04