AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED IN CLERK'S OFFICE

DISTRICT OF MASSACHUSETTS  2004 MAY 11  A 10: 04

UNITED STATES OF AMERICA

V.

Carlos COLON-RIVERA  aka Tigueron

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Carlos COLON-RIVERA  aka Tigueron
                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of
Title       21       United States Code, Section(s)  846

Charles B. Swartwood
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

02-26-2004      BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____   by _____
                                                                       Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
USMS Worcester, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-04 | 5/4 Jean Drouin (DEA) | _(signature)_ |
| DATE OF ARREST |  |  |
| 5-3-04 |  |  |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Carlos COLON-RIVERA

ALIAS: aka Tigueron

LAST KNOWN RESIDENCE: 58 CAMPBELL STREET, NEW BEDFORD, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1964

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7833

HEIGHT: _____   WEIGHT: _____

SEX: M   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____