Law Office of
**JOHN WALL**
ONE COMMERCIAL WHARF WEST
BOSTON, MASSACHUSETTS 02110
TEL: (617) 742-9096
FAX: (617) 742-8604

June 24, 2004

BY HAND

Lisa Roland, Deputy Clerk
Magistrate Judge Charles B. Swartwood, III
United States Courthouse, Suite 2300
One Courthouse Way
Boston, MA 02210

Re:   Carlos Colon-Rivera (true name Edgar Hoffens)
      Criminal complaint #04-1685-CBS

Dear Lisa,

Following the hearing yesterday, June 23, 2004, the marshals did a warrant check which reflected outstanding warrants from Chelsea District Court and Cambridge District Court for motor vehicle violations in March of 1999.

Enclosed is a copy of my FAX of yesterday to AUSA Bob Peabody with it's enclosure, the warrant information from the US Marshal's office computer.

Sincerely,

John Wall

JW/jcw

Enclosures
cc:    w/encl Pretrial Services
       wo/encl Robert L. Peabody, AUSA