Law Office of
# JOHN WALL
ONE COMMERCIAL WHARF WEST
BOSTON, MASSACHUSETTS 02110
TEL: (617) 742-9096
FAX: (617) 742-8604

FILED
IN CLERK'S OFFICE
2004 JUL -1  P 1: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 30, 2004

Lisa Roland
Deputy Clerk to Magistrate Judge Swartwood
United States District Court, Central Section
Harold D. Donahue Federal Building and Courthouse
Suite 502
595 Main Street
Worcester, MA 01608-2076

Re:   U.S. V. Carlos Colon-Rivera (true name Edgar Hoffens)
      CR 04-1685-CBS; request for transcript of Detention Hearing.

Dear Lisa:

I request CJA authorization to order a partial transcript of the detention hearings that took place before Magistrate Judge Swartwood in federal district court in Boston on Wednesday, June 23, 2004.

I am interested in obtaining a transcript of my cross-examination of DEA Agent Jean Drouin between 11:00AM and 11:50AM, as well as arguments to the Magistrate Judge by me and by prosecutor Robert Peabody on the issue of Detention/Bail between 2:00PM and 2:20PM.

I am NOT interested in Agent Drouin's direct testimony from approximately 10:00AM to approximately 11:10AM

I am NOT interested in the cross of Drouin by Atty. Welsh for defendant Ortiz (11:50 AM-12:05PM); NOR by Atty. Hickey for defendant Germosen 12:05PM-12:35PM); NOR by Attorney Andrews for defendant Ortiz (12:35PM-1:10PM).

Sincerely,

John Wall
John Wall

JW/jcw
cc:   Edgar Hoffens (a/k/a/Carlos Colon-Rivera)